**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Brandon Demon HUNTER, Petitioner**

**No. 100 WAL 2017**

Supreme Court of Pennsylvania.

September 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.